UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 5:10-CR-00154 |
| | * | |
| | * | 18 U.S.C. § 371   Conspiracy |
| VERSUS | * | 18 U.S.C. § 152   Bankruptcy Fraud |
| | * | |
| JOHNNY RAY HEMPHILL | * | DISTRICT JUDGE HICKS |
| | * | MAGISTRATE JUDGE HORNSBY |

## STIPULATION 1

The United States Attorney, and the defendant, JOHNNY RAY HEMPHILL, by and through his lawyer agree that the following government exhibits are entered into evidence in the trial of this case by agreement and without objection or further foundation required:

Government Exhibit No.        Description

1. Bankruptcy Petition signed by the defendant and filed on April 16, 2004.

2. Bankruptcy Schedules signed by the defendant on April 16, 2004 and filed April 28, 2004.

3. Bankruptcy Statement of Financial Affairs and Individual Debtor's Statement of Intent signed by the defendant on April 16, 2004 and filed on April 28, 2004.

4. Bankruptcy Court notices of filings.

5. Trustee questions dated and signed by the defendant on 6-3-04.

6. CD containing recording of Bankruptcy Court 11 U.S.C. §341 hearing of June 3, 2004.

7. Transcript of Bankruptcy Court 11 U.S.C. §341 hearing of June 3, 2004.

8. CD containing recording of Bankruptcy Court 11 U.S.C. §341 hearing of July 1, 2004.

9. Transcript of Bankruptcy Court 11 U.S.C. §341 hearing of July 1, 2004.

10. Cash Sale Deed and Special Mortgage filed in Caddo Parish Records on Nov. 4, 2003 concerning 950 Ockley Drive property.

11. Reliable Finance Company of Louisiana, Inc. Present And Future Obligations Mortgage, filed in Caddo Parish records on January 5, 2004.

12. Dation En Paiement filed in Caddo Parish records on January 9, 2004.

13. Non-Warranty Credit Sale Deed filed in Caddo Parish records on February 9, 2004.

14. Dation En Paiement filed in Caddo Parish records on May 19, 2004.

15. Transcript of Section 2004 Debtor Examination of Johnny Ray Hemphill taken on August 13, 2004.

16. IRS 2003 Joint Tax Return submitted April 15, 2003 - Client copy and IRS copy.

19. Bank of America records of account of Johnny Hemphill Somerset Funding

20. Bank records of Alfred Hemphill.

21. Filed Redacted Copy of the Indictment.

READ AND AGREED TO THIS 24 day of March 2011 in Shreveport, Louisiana.


STEPHANIE A. FINLEY
UNITED STATES ATTORNEY


By:  *R.W. Gillespie, Jr.* (signature)               *Stephen A. Glassell* (signature)
ROBERT W. GILLESPIE, JR.                             STEPHEN A. GLASSELL
Assistant United States Attorney                     Attorney for the Defendant
                                                     JOHNNY RAY HEMPHILL