UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 5:10-CR-00154 |
| | * | |
| | * | 18 U.S.C. § 371   Conspiracy |
| VERSUS | * | 18 U.S.C. § 152   Bankruptcy Fraud |
| | * | |
| | * | DISTRICT JUDGE HICKS |
| JOHNNY RAY HEMPHILL | * | MAGISTRATE JUDGE HORNSBY |

## **VERDICT FORM**

As to the charge contained in Count 1 of the Indictment, we the jury unanimously find that JOHNNY RAY HEMPHILL is: _____ GUILTY  _____ NOT GUILTY

Only if you unanimously find JOHNNY RAY HEMPHILL guilty of conspiracy as charged in Count 1 of the Indictment, make the following findings or not. One or both findings may apply.

As to the charge contained in Count 1 only, we the jury unanimously find that JOHNNY RAY HEMPHILL conspired to commit the offense of Bankruptcy Fraud in violation of Title 18, United States Code, Section 152.  _____ YES  _____ NO

As to the charge contained in Count 1 only, we the jury unanimously find that JOHNNY RAY HEMPHILL conspired to commit the offense of Bankruptcy Fraud in violation of Title 18, United States Code, Section 157.  _____ YES  _____ NO

As to the charge contained in Count 2 of the Indictment, we the jury unanimously find that JOHNNY RAY HEMPHILL is: _____ GUILTY _____ NOT GUILTY

As to the charge contained in Count 3 of the Indictment, we the jury unanimously find that JOHNNY RAY HEMPHILL is: _____ GUILTY _____ NOT GUILTY

As to the charge contained in Count 4 of the Indictment, we the jury unanimously find that JOHNNY RAY HEMPHILL is: _____ GUILTY _____ NOT GUILTY

As to the charge contained in Count 5 of the Indictment, we the jury unanimously find that JOHNNY RAY HEMPHILL is: _____ GUILTY _____ NOT GUILTY

As to the charge contained in Count 6 of the Indictment, we the jury unanimously find that JOHNNY RAY HEMPHILL is: _____ GUILTY _____ NOT GUILTY

As to the charge contained in Count 7 of the Indictment, we the jury unanimously find that JOHNNY RAY HEMPHILL is: _____ GUILTY _____ NOT GUILTY

As to the charge contained in Count 8 of the Indictment, we the jury unanimously find that JOHNNY RAY HEMPHILL is: _____ GUILTY _____ **NOT GUILTY**

As to the charge contained in Count 9 of the Indictment, we the jury unanimously find that JOHNNY RAY HEMPHILL is: _____ GUILTY _____ NOT GUILTY

As to the charge contained in Count 10 of the Indictment, we the jury unanimously find that JOHNNY RAY HEMPHILL is: _____ GUILTY _____ NOT GUILTY

As to the charge contained in Count 11 of the Indictment, we the jury unanimously find that JOHNNY RAY HEMPHILL is: _____ GUILTY _____ NOT GUILTY

Done and Signed this ___ day of _____ in Shreveport, Louisiana.

_____
FOREPERSON